CHAREE NELSON IDOC #78332
*(full name/prisoner number)*
7210 BARRISTER DR.
BOISE, Idaho 83704
*(complete mailing address)*

U.S. COURTS
JUL 2 4 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

CHAREE Nelson (class member)
*(full name)*
                    Plaintiff,

v.

Josh Tewalt · Director Idaho Dept. of Corrections
Brian Underwood · Idaho P&P
Warden Noelle Barlow - SICI/SBWCC
Amanda Gentry - Idaho Dept. of Corrections
Governor Brad Little - IDAHO
                    Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☑ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☑ Other federal statute *(specify)* 18 U.S.C. 1961 ; or diversity of citizenship.(RICO)
☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is CHAREE NELSON (class member.) I am a citizen of the State of IDAHO,
presently residing at ADA County JAIL.

PRISONER COMPLAINT - p. 1                                          *(Rev. 10/24/2011)*

CHAREE NELSON #78332
7210 BARRISTER DR.
BOISE, IDAHO 83704

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

## DEFENDANT(s) Continuation PAGE.

- SGT. STEIZER - SICI LT. Work Projects PRC
- ALEX J. ADAMS - Dir. Idaho Dept. Health and Welfare
- MATTHEW GAMETTE - Dir. IDAHO STATE CRIME LAB
- ANTHONY GEDDES - ADA County PUBLIC DEFENDERS OFFICE
- SCOTT BEDKE - IDAHO LT. GOVERNOR
- RYAN POLLARD - BOISE POLICE DEPARTMENT
- AL SAif AN BADY - ADA CO. Dist 4 Probation & PAROLE IDOC
- BENjamin LEE - ADA CO. Dist 4 Probation & Parole IDOC
- Julie Bryant - IDOC Parole Liason
- ZacH GODSill - Canyon County Dist 3 Probation & Parole IDOC
- SGT. DAX ANDERSON - SICI IDAHO Dept. of Correction
- LT. WREN - PWCC IDAHO Department of Correction
- DIANA DRAKe - SICI IDAHO Department of Corrections
- SHIRLEY WilliAMS - IDOC GRIEVANCE Coordinator
- IDAHO Dept. of Corrections SIU & I.A.
- CHAD PAGE - IDAHO Dept. of Corrections
- Director for Idaho Transportation Department.
- Director of WADDA Potatoe fARms
- Director of ZOROCO Boise
- Director of SIMMS
- Administrator of Division of financial managment (IDAHO)
- TYSON AUBREY - former IDOC Employee
- Mike BorBon - former IDOC Employee
- RICK HAMLIN - former IDOC Employee
- JOSEph MENA - Current IDOC Contractor
- SEVEral IDOC Employees only known by rast name in PREA Allegations: LLOYD, Klingensmith, Birkmann, IDOC Work projects officers

(PRISONER complaint p.1 continuation)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing (See Defendant Continuation page), who was acting as ~~WARD~~ Director, STATE Chief, IDAHO AGENCIES, it
   *(defendant)*                                                                                              *(job title, if a person; function, if an entity)* Governors

   for the STATE OF IDAHO & CLASS OF Agencies
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on 2001 - 2024, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Violate The RICO Act under 18USC1961. They Tortured us by Intimidation, Sexual Co-ersion, Illegally collecting Debts as C.O.S and Interest of Forfeited Street time, illegally adding time already served back on to sentences that were maxed under Idaho law, False PREA Reporting, Tampering with official Documents, retaliation, Intimidating witnesses, loss of Life, Raising Classification levels of non-violent offenders using LSI score to Justify Denial of Parole under Idaho's Justice Reinvestment Reporting Requirements, Lying to obtain Federal Grant money by reporting false PREA Compliance under 34 USC 30305, ineffective Counsel, Using faulty Lab Results on Drug Convictions including TPW's, Perjury on Affidavits

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   1st Amendment, 4th Amendment, 8th Amendment, 14th Amendment

4. I allege that I suffered the following injury or damages as a result:
   Loss of freedom, Deterioration of mental health, Sexual Assault trauma, false imprisonment, Loss of liberties, Loss of life, Pain and Suffering, lost wages, Debt illegally incurred as C.O.S. at 33% interest, Slave labor, Diminished mental Capacity, Torture

5. I seek the following relief: Restitution for Damages, Meritorious Reduction of Sentences / Discharged Sentences, Injunction from State Agency as our ward.

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| ADA | CV-01-21- | Andrea Weiskircher V. Josh Tewalt | Refused Service | |
| ADA | CV-01-24-9541 | Andrea Weiskircher V. IDOC | Denied Filing Fee-Waiver | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ✓ do not ○ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

The class certification needs representation. Attorneys said it was career suicide to represent this. Attorneys in other states cannot practice law in Idaho and all other coalitions we contacted failed to respond.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 7/21/24 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 7/21/24 *(date)*; OR *(specify other method)*

Executed at ADA County Jail on 7/21/24
  (Location)                        (Date)

*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.