Name: C. Nelson & Class, members
JID # 01108094
Ada County Jail
7210 Barrister Drive
Boise, ID 83704

U.S. MARSHALS
District of Idaho
JUL 24 2024
EXAMINED

BOISE ID RPDC 837
22 JUL 2024  PM 1



FOREVER / USA

Idaho Federal Court House
550 Fort Street
Boise, ID 83724

LEGAL MAIL

83724—