# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

### EXHIBIT AND WITNESS LIST

U.S. COURTS
JUL 24 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

CHAREE NELSON's (CLASS) v. JOSH TEWALT Director IDOC, Brian underwood IDOC P&P Governor BRAD LITTLE IDAHO 3 Defendants on Addtl. Continuation PAGE

Case Number:

| Presiding Judge: | Plaintiff's Attorney: | Defendant's Attorney: |
|---|---|---|
| Trial Date: | Court Reporter: | Courtroom Deputy: |

| Plf No | Def No | Date Offered | Marked | Stipulation | Authenticity | Foundation | Admitted | Description |
|---|---|---|---|---|---|---|---|---|
| ✓ | | 7/21/24 | | | | | | ANDREA MAY McElrea-WEISKIRCHER |
| ✓ | | 7/21/24 | | | | | | Karyn J. Simpson - Dolly DAllolio |
| ✓ | | 7/21/24 | | | | | | Bryan McClure - Whistleblower |
| ✓ | | 7/21/24 | | | | | | Milo WARNOCK (NEXT OF KIN) |
| ✓ | | 7/21/24 | | | | | | Amy Bonning - Ingram |
| ✓ | | 7/21/24 | | | | | | 110 Documents By misc. class members |
| ✓ | | 7/21/24 | | | | | | Recordings on cellphone By Bryan McClure |
| ✓ | | 7/21/24 | | | | | | PIR Requests & Proof of Exhausted Remedies |
| ✓ | | 7/21/24 | | | | | | IDOC Grievance Coordinator |
| ✓ | | 7/21/24 | | | | | | IDAHO STATE lab Results 12 cases |
| ✓ | | 7/21/24 | | | | | | Expired K9 & handler certifications |
| ✓ | | 7/21/24 | | | | | | ALTERED Documents By IDOC STAFF |
| ✓ | | 7/21/24 | | | | | | ACJ COPIED FBI LETTERS |
| ✓ | | 7/21/24 | | | | | | ACJ PREA Report & recordings |
| ✓ | | 7/21/24 | | | | | | Probable cause affidavit Ryan Pollard |
| ✓ | | 7/21/24 | | | | | | Amber WEISKircher - witness |
| ✓ | | 7/21/24 | | | | | | Intro. of CASE CARR V. BARTLETT & Minutes from CASE |
| ✓ | | 7/21/24 | | | | | | Intro of Bonning V. Gov. Brad Little RICO CASE minutes |
| ✓ | | 7/21/24 | | | | | | LETTER TO Idaho STATE Crime lAB |
| ✓ | | 7/21/24 | | | | | | LETTERS TO ANTHONY Geddes |

# UNITED STATES DISTRICT COURT
## District of Idaho

### Exhibit List

**Case Name:** Charee Nelson³ (class)
vs. Josh Tewalt Dir. IDOC, Brian Underwood IDOC P&, Brad Little Governor Idaho, Add'l Defendants listed on continuance page

**Plaintiff's Attorney:**

**Defendant's Attorney:**

**Docket No.:**

**Trial Dates:**

**Courtroom Deputy:** Jamie Bracke

**Presiding Judge:** B. Lynn Winmill

**Court Reporter:** Tammy Hohenleitner

**Party Offering Exhibits:**

### Instructions

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation e.g. authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |