Inmate C. NEILSON 3 CLASS members
JID# 01108094
C/O Ada County Jail
7210 Barrister Drive
Boise, ID 83704-9217

BOISE ID RPDC 837

22 JUL 2024   PM 1   L



U.S. MARSHALS
District of Idaho

JUL 2 4 2024

EXAMINED

IDAHO FEDERAL COURT House
550 FORT STreeT
BoIse, ID  83724

LEGAL MAIL

83724-