CHAREE NELSON #78332
7210 BARRISTER DR.
BOISE, IDAHO 83704

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

U.S. COURTS
JUL 24 2024
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| CHAREE NELSON (CLASS MEMBER) | CASE NO. |
| VS. | |
| All defendants listed in Prisoner Complaint & Continuation Page | MOTION FOR PROTECTION ORDER AND EMERGENCY HEARING |

COMES NOW CHAREE NELSON, AND CLASS MEMBERS ANDREA MAY MCELREA-WEISKIRCHER, & KARYN SIMPSON-POLLY DALLOLIO, THE PLAINTIFFS IN CIVIL RIGHTS PRISONER COMPLAINT AND CIVIL RICO COMPLAINT. IN A MOTION TO THIS COURT REQUESTING AN EMERGENCY HEARING AND MOTION FOR PROTECTION ORDER FROM THE IDAHO DEPARTMENT OF CORRECTIONS, IDAHO PROBATION AND PAROLE, ALL IDOC STAFF, AND AFFILIATED AGENCIES. THE PLAINTIFFS ARE CURRENT IDOC STAFF PREA VICTIMS. REPORTS OF PREA CAN BE OBTAINED VIA ADA COUNTY SHERRIFFS OFFICE AND FBI BOISE FIELD OFFICE. THE PLAINTIFFS ARE CURRENTLY HOUSED IN THE ADA COUNTY JAIL AS IDAHO STATE INMATES AND ARE IN IMMINENT DANGER IF RETURNED INTO THE CUSTODY OF THE IDAHO DEPARTMENT OF CORRECTION. THE PREA REPORTS ALSO CONTAIN EVIDENCE OF PHYSICAL RETALIATION AND SEXUAL ABUSE FROM CURRENT IDOC STAFF MEMBERS, INCLUDING PAROLE OFFICERS. AND FABRICATED PAROLE VIOLATIONS INCLUDING COLLUSION WITH OTHER STATE AGENCIES TO CIRCUMVENT JUSTICE AND VIOLATE PLAINTIFFS CIVIL RIGHTS.