UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

CHAREE NEISON AND CLASS,  ) CASE NO: 1:24-CV-00333
PLAINTIFF                 )
                          ) MOTION FOR REQUEST FOR
V.                        ) MEDIATION
                          )
JOSH TEWALT, ET AL.,      )
RESPONDANT                )

CHAREE NEISON AND CLASS, THE PLAINTIFF(S) IN THIS CASE HAVE ATTEMPTED MEDIATION OUTSIDE OF COURT VIA LETTERS ADDRESSED TO GOVERNOR BRAD LITTLE, JOSH TEWALT, IDOC IA OFFICE, ANTHONY GEDDES, ISP CRIME LAB, AND IDOC SIU, SENT BY POSTAL MAIL AND COPIED BY ACJ INVESTIGATIONS. THE PLAINTIFF(S) IN THIS CASE, MOTION THE COURT TO ORDER A MEDIATION BETWEEN PLAINTIFF(S) CHAREE NEISON, ANDREAMAY McELREA-WEISKIRCHER, KARYN SIMPSON-DALLOLIO AND RESPONDANTS JOSH TEWALT, BRAD LITTLE, ANTHONY GEDDES. THE PLAINTIFF(S) REQUEST AN IMPARTIAL 3rd PARTY MEDIATOR GRANTED BY THE COURT, THE TIME AND PLACE TO BE DETERMINED BY THE COURT. AND TRANSPORT ORDERS BE ORDERED FOR CHAREE NEISON, ANDREAMAY McELREA-WEISKIRCHER, AND KARYN SIMPSON-DALLOLIO FROM THE ADA COUNTY JAIL TO THE PLACE ORDERED BY THE COURT.

8/2/2024                          [signature]