United States District Court
For the District of Idaho

U.S. COURTS
Rcvd___ AUG 08 2024 ___Time
Filed
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Charee Nelson and class,  Plantiff
v.
Josh Tewalt, ET. AL, Respondant

Case No. 1:24-CV-00333 BLW
Case Law Information Sheet
For Service And Subpoenas

1. Charee Andrea Nelson IDOC# 78332  DOB 4/5/79
2. Andreamay D. Weiskircher (McElrea) #66157  DOB 09/18/82 DOB
3. Karyn Simpson-Dallolio (Dolly) #107738  DOB 1/24/75
4. Michelle C. Diamond (McCartney) #42367  01/25/71 DOB
5. Stacy K. Snedden #56796  9/5/70 DOB
6. Bryan McClure  BryanMcClure@Hotmail.com (208) 761-1854
7. Amber Jay Weiskircher (208) 204-6741  5736 N. Collister Dr. Boise 83703
8. Jessica Canaday-Long IDOC# 157411
9. Amelia E Scott JID# 01125768  5/8/89 DOB
10. Chelsey Engels, ACJ Detainee  7210 Barrister Dr. Boise, ID. 83704
11. Kristina A. Brewster IDOC# 115789 DOB 04/20/1988
12. Shelby G. Burns IDOC# 117774  DOB 8/7/94
13. Felicia Hardy IDOC# 82954  DOB 04/28/1986
14. Aleea Sluder IDOC# 127602 DOB 12/7/89
15. Shenoa Bronson IDOC# 122515 DOB 10/01/90
16. Steven M. Condie DOB 8/5/68 Next of Kin Jaysun Heath & Lola Condie 8/5/06
17. Milo Warnock Next of Kin
18. IDOC Staff  1299 N. Orchard Suite 110 Boise, ID 83706
19. SICI Staff, IDOC, PO Box 6045, Boise, ID 83707  Warden Barlow, Dax Anderson, Dep. Warden Carver, Shumaker
20. Probation & Parole Dist. 4 (Brian Underwood, Julie Bryant, Al Saif An Bady, Ben. Lee,)

Case Law Info. Sheet                                                P1

47. Amy Rose Bonning (Ingram) IDOC# DOB
48. Lois Catron IDOC# DOB 08/05/81
49. Chastyn Horton IDOC# DOB 11/4/1986
50. Onis Potter (530)717-8000 ccconisgarcia@icloud.com
51. Linda K. Guy (208)880-0026 1111 Heckathorn Pl. Nampa, Idaho

Case Law Information Sheet                                                                                     P. 3