Case 1:24-cv-00333-BLW   Document 12   Filed 08/08/24   Page 1 of 2

U.S. COURTS
Rcvd____ Filed____ Time____
AUG 08 2024
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

CHARGE NELSON, 3CIASS,
PETITIONER/PLAINTIFF

VS.

JOSH TEWALT, ET AL,
RESPONDANT

CASE NO: 1:24-CV-00333 BLW

NOTICE OF INTENT TO SUBPOENA AND INCLUDE LIST OF WITNESSES

THE PLAINTIFF(S), UNDER USCS FEDERAL RULES OF CIV. PROC. 26 FILE NOTICE OF INTENT TO SUBPOENA THE FOLLOWING LIST OF WITNESSES OR INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION WHICH MAY BE USED AT TRIAL.

1) AMBER WEISKIRCHER in Possession of 200 plus Documents CASE REIATED
2) BRYAN MCCLURE, IDOC Whistleblower And Former IDOC Employee
3) DIRECTOR PREA Compliance ADA County SHERIFFS ASSOCIATION
4) BRYAN ROWE, DETECTIVE NAMPA NARCOTICS Unit, NAMPA PD
5) JEFF HANSEN, ADA COUNTY Jail INVESTIGATOR, ADA CO. Jail
6) DIANA DRAKE, IDOC CRC Placement Coordinator
7) DAX ANDERSON, SGT. INVESTIGATIONS SICI IDOC
8) WILLIAM FARR, SGT INVESTIGATIONS IMSI IDOC
9) GRETCHEN WOODLAND, IDOC EBCTC Program manager
10) NICOLE FRASER, IDOC SIU PREA Coordinator
11) MCKENNA SATO, IDOC IA Boise
12) ZACH GODSILL, IDOC DIST 3 Probation & Parole
13) CRAIG STEVE LANDERS, IDOC DIST 3 Probation & Parole
14) Bryan Underwood, IDOC Probation & Parole Director
15) Julie Bryant, IDOC P&P Parole Liason ACJ
16) JOSH TEWALT, Director IDOC
17) STACY SNEDDEN, IDOC Inmate & ACJ Detainee

Notice of Intent to Subpoena                                                P1

18) ANDREAMAY WEISKIRCHER-MCElrea, IDOC Inmate & ACJ Detainee
19) KAryn Simpson-Dallolio, IDOC Inmate & ACJ Detainee
20) KRISTINA BREWSTER, IDOC Inmate & ACJ Detainee
21) Amy Rose Bonning-Ingram, IDOC Inmate & ACJ Detainee, FBOP Detainee
22) Kaycie Dallolio, IDOC Probationer
23) CHAREE NElson, IDOC Inmate & ACJ Detainee
24) Amelia Scott, ACJ Detainee
25) MICHELLE DIAMOND, ACJ Detainee, Former IDOC Inmate
26) SGT. Juarez, IDOC EBCRC SGT.
27) Deputy Nunnely, A PREA Deputy ADA County Jail
28) JODY CARR, IDOC Inmate IDOC Facility
29) CRYSTAl SHORB, IDOC Inmate/And/or Parolee
30) RYAN Pollard, BPD OFFICER
31) NOEllE BARlow, IDOC SICI WARDEN Kuna
32) NANcy LEE LEWIS, IDOC Inmate IDOC FAcility
33) JOSEPH MENA, IDOC Contractor KEEFE Kuna
34) Rick Hamlin, IDOC Employee SICI Kuna
35) ANGEL PEREZ, IDOC Parolee Dist 3 Probation & Parole
36) AMBER Bullock, IDOC Inmate IDOC FAcility
37) TYSON Aubrey, former IDOC employee, Current OSP employee
38) DEPUTY COWlES, A PREA DEputy ADA County Jail
39) DEPUTY E. KEBER, ACJ Deputy, Present w/ Julie Bryant Dorm 2
40) Deputy warden CARVER, IDOC Dep. Warden SICI Kuna
41) Deputy warden SHumaker, IDOC Dep. Warden SICI Kuna
42) Amanda Gentry, IDOC, Former PWCC Warden

NOTICE OF Intent to Subpoena                                                      P2