UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

U.S. COURTS
AUG 08 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Charee Nelson (& class),
  Petitioner(s)
  vs.
Josh Tewalt, et al.,
  Respondant(s)

Case No: 1:24-cv-00333-BLW

Request for Interrogatories

PART 1

---

Under USCS FED Rule Proc R 26(a)(1)(A), the Plaintiff(s) without awaiting a discovery request, and Rule 33 of FED. CIV. PROC, Request Interrogatories from the following Respondants, with answers provided in writing within 30 days.

1) ADA County Jail Investigator Jeff Hansen answer why did the ADA County Jail intercept and copy all outgoing postal mail addressed to FBI Special Agent O'Neil, Idaho Department of Corrections, Washington Department of Justice, and Idaho Press Tribune, sent out via ACJ by detainees McElrea-Weiskircher, Ingram-Bonning, Simpson-Daliolio, Nelson, Tanner, Long, Lewis, Escamilla. Why did the ADA County Jail file seperate PREA reports as one report, ASCO DR# 20245779. What was said in the interviews you were present for at the ADA County Jail between the PREA victims of DR#20245779 and Internal Affairs Investigator McKenna Soto. Why were you present in those interviews. If any, what other evidence did the jail collect during this investigation and who was this information provided to? What agency did ACSO refer these PREA reports to, and were

P1

THE FEDERALLY REQUIRED PREA PACKETS FILED ON EACH REPORT LISTED UNDER DR# 20245779. WERE THEY LISTED TOGETHER IN THE PREA PACKET OR FILED AS SEPERATE PACKETS. DID THE SHERRIFFS OFFICE PROVIDE COPIES OF THE FBI LETTERS TO ANY OTHER PERSON OR AGENCY? IS it Common Practice TO INTERCEPT MAIL AND Copy it, AND TO PROVIDE it to OTHER AGENCIES OR PERSONS THE MAIL WAS NOT ADDRESSED TO, WITHOUT CONSENT FROM THE SENDER OR THE Recipient AND WITHOUT A WARRANT.

2) NICOLE FRASER, IDOC SIU PREA COORDINATOR ANSWER How MANy LETTERS HAVE YOU RECIEVED FROM ANDREA WEISKIRCHER #66157 FROM THE ADA County JAil, AND CAN you DESCribe WHAT THE CONTENTS WERE. WERE YOU MADE AWARE OF THE PREA REPORTS FILED AT THE ADA COUNTY JAIL AGAINST NUMEROUS IDOC EMPLOYEES. WERE PREA PACKETS FILED ON All COMPLAINTS? WERE YOU MADE AWARE OF SGT. DAX ANDERSON CALLING INMATE WEISKIRCHER "A RAT" IN BRyAN McClures OFFICIAL HEARING TRANSCRIPTS? WERE YOU AWARE, UNDER OATH, THAT SGT. DAX ANDERSON STATED HE DID NOT FILE THE FEDERALLY REQUIRED PREA PACKET ON THE PREA INCIDENT REPORTED BY WEISKIRCHER in 2021, AND THAT HE CLAIMED SEX IN PRISON IS CONSENSUAL. WHY WAS BRYAN MCCLURE FIRED

REQUEST FOR INTERROGATORIES                              P2

HOW MANY PREA REPORTS HAVE BEEN FILED SINCE 2020 UNTIL 2024, HOW MANY INCLUDED STAFF MISCONDUCT, HOW MANY WERE PROSECUTED. HAVE YOU ANY KNOWLEDGE OF WHAT A G.S.A IS AND ARE PREA REPORTS FILED TO THE COMPLIANCE OFFICE IN CASES WITH GSA'S? HOW MUCH GRANT MONEY DID IDOC RECIEVE IN THE LAST 2 GRANT CYCLES FOR CLAIMS OF PREA COMPLIANCES INSIDE IDOC FACILITIES. WHEN WAS IDOC'S LAST PREA COMPLIANCE AUDIT? WHO WERE THE RESULTS REPORTED TO? WERE ANY VIOLATIONS OF COMPLIANCE FOUND? WERE VICTIMS INTERVIEWED BY AUDITORS?

3) MCKENNA SATO, IDOC INTERNAL AFFAIRS. ANSWER WHY DID YOU GO TO THE ADA COUNTY JAIL TO INVESTIGATE/INTERVIEW PREA VICTIMS FROM ACSO DR 20245779. WHY DID YOU REQUEST ACCESS TO THE LETTERS WEISKIRCHER SENT TO FBI SPECIAL AGENT ONEIL. DID YOU REFER ANY OF THESE REPORTS TO AN OUTSIDE AGENCY FOR PROSECUTION. WHAT WAS THE CONCLUSION OF YOUR INVESTIGATION. WERE YOU AWARE OF JULIE BRYANT NOT FILING PREA PACKETS ON THE REPORTS SHE RECIEVED FROM THE ADA COUNTY JAIL. WERE YOU AWARE OF THE FACEBOOK MESSAGES SUBMITTED IN 2021 BY OFFICER ZACH GODSIL IN WEISKIRCHERS

Request For Inter.                                P3

PV HEARING? DID YOU AUDIT WEISKIRCHERS JPAY MESSAGES. WERE YOU AWARE OF SGT. DAX ANDERSON CALLING WEISKIRCHER "A RAT" IN SWORN TESTIMONY AND TO SICI STAFF AND INMATES, CAUSING WEISKIRCHER TO BE PHYSICALLY ASSAULTED 3 TIMES IN 1 YEAR AT SICI. DID YOU KNOW WHO THE INVESTIGATION OFFICER WAS IN 2016/2017 CONCERNING THE MISCONDUCT REPORT WITH MIKE BORBON. DO YOU HAVE A TRASCRIPT FROM THE RECORDING YOU MADE AT THE ACJ DURING YOUR INTERVIEWS? DID YOU SUBPOENA CHAIREE NELSONS MEDICAL RECORDS FROM 2011 FROM ST. AL'S REGARDING HER PREGNENCY. WERE YOU AWARE OF JULIE BRYANT TAMPERING WITH DOCUMENTS, THROWING AWAY GRIEVANCES, THREATENING INMATES WITH RETALIATION FOR TRYING TO LOCATE THE MISSING GRIEVANCES AT ACJ. ARE YOU AWARE OF ANY REPORTS OF IDOC STAFF RETALIATING OR ATTEMPTING TO INTIMIDATE INMATES WHO FILE PREA REPORTS? HAVE YOU EVER HEARD OF INMATE JOBY CARR? DID YOU RECIEVE ANY STAFF MISCONDUCT REPORTS REGARDING PO ALSAIF AN BADY?

3) 4) ZACH GODSILL DISTRICT 3 PROBATION AND PAROLE. ANSWER IN 2021, DID YOU REQUEST NAMPA PD NARCOTICS UNIT TO COPY PAROLEE WEISKIRCHERS PHONE AND DID YOU SUBMIT A COPY OF THESE MESSAGES TO THE PAROLE COMMISSION. WAS IT ALL THE MESSAGES OR JUST SOME? HOW MANY PAGES.

REQUEST FOR INTER.  P4

5) BRYAN MCCLURE, EX IDOC Employee AND WHISTLEBLOWER. CONTACT INFORMATION BRYANMCCLURE@HOTMAIL.COM, (208) 761-1854. ANSWER WHY WERE YOU FIRED FROM IDOC? HOW LONG DID YOU WORK THERE? DO YOU HAVE COPIES OF YOUR EMAILS AND ANY INCIDENT REPORTS? DO YOU HAVE ANY LETTERS FROM YOUR PREVIOUS EMPLOYERS AND WHAT ARE THEY? DO YOU HAVE A COPY OF YOUR STENOGRAPHER TRANSCRIPTS FROM YOUR HEARING. CAN YOU PROVIDE COPIES OF ALL YOUR EMAILS TO FBI SPECIAL AGENT O'NEIL, SIU AT IDOC, ANY EMAILS FROM IDOC HR, IA, AND EBCRC. WHAT CAN YOU TELL ME ABOUT MILO WARNOCK, KEVIN SAGIO, ANDREA WEISKIRCHER, CHAREE NELSON, ANY OTHER IDOC VICTIMS YOU ENCOUNTERED. DO YOU HAVE RECORDINGS ON YOUR PHONE FROM MEETINGS INSIDE IDOC WITH OTHER STAFF MEMBERS? WHAT DO THEY CONTAIN? HOW MUCH DID YOUR ATTORNEY FEES AMOUNT TO FOR RETAINING SUSAN MIMORA. WHAT HAS BEING A VICTIM OF IDOC COST YOU. WHAT DO YOU KNOW ABOUT WHISTLEBLOWERS AND THE PROTECTION THEY ARE ENTITLED TO UNDER LAW. DO YOU THINK IDOC IS A RACKATEERING INFLUENCED CORRUPT ORGANIZATION. DID IDOC STAFF RETALIATE ON YOU AND ATTEMPT TO INTIMIDATE YOU AS A WITNESS. CAN YOU EXPLAIN WHY IDOC STAFF WOULD INSTRUCT EMPLOYEES TO FILE INCIDENT REPORTS WITHOUT I.R. NUMBERS. WHAT CAN YOU TELL ME ABOUT FSS KEP AND PREA ALLEGATIONS THAT WERE COVERED UP.

REQUEST FOR INTERROGATORIES                                    PAGE 5

PART 1 INTERROGATORIES

1) Investigator JEFF HANSON, ADA County SHERRIFFS OFFICE, ADA County JAIL 7210 BARRISTER DRIVE BOISE, ID 83704

2) NICOLE FRASER, SIU PREA Coordinator, 1299 NORTH ORCHARD #110 BOISE, IDAHO 83706

3) MCKENNA SATO, IDOC IA. 1299 N. Orchard #110 BOISE, IDAHO 83706

4) ZACH GODSILL, IDOC DISTRICT 3 Probation and Parole Office 3110 Cleveland Blvd. Caldwell, Idaho 83605

5) BRYAN MCCLURE, BRYANMCCLURE@Hotmail.com (208) 761-1854  BOISE, IDAHO

REQUEST FOR PART 2 INTERROGATORIES will include Respondants

6) DAX ANDERSON - SGT Investigations IDOC SICI
7) JULIE BRYANT - IDOC Probation & Parole D4 Ag Parole Liason
8) CHRIS WREN - IDOC LT. PWCC
9) GRETCHEN WOODLAND - IDOC EBCrC Program Manager
10) IDOC Human Resource Manager - IDOC ORCHARD OFFICE

REQUEST FOR PART 3 INTERROGATORIES will include Respondants
11) IDAHO PREA Compliance Auditor, PREA Compliance Office for Idaho
12) ANTHONY GEDDES, ADA County Public Defenders Office
13) BRIAN UNDERWOOD, IDOC Probation and Parole Director
14) IDAHO STATE POLICE INTERNAL AFFAIRS OFFICE
15) IDOC MEDICAL DIRECTOR, IDOC 1299 N. Orchard 110 BOISE, ID 83706

REQUEST FOR INTERROGATORIES                                    PAGE 6

PART 4 INTERROGATORIES Will Include RESPONDANTS
16) JOSH TEWALT - DIRECTOR IDOC 1299 N. Orchard Suite 110 BOISE, IDAHO 83706
17) NOELLE BARLOW - WARDEN IDOC South IDAHO Correctional Institution, Kuna
18) RYAN POLLARD - OFFICER BOISE POLICE DEPARTMENT
19) IDAHO DIRECTOR OF FINANCE
20) CRAIG STEVE LANDERS - DIST 3 PROBATION 3 PAROLE
   3110 CLEVELAND BLVD.
   CALDWELL, IDAHO 83605

PART 5 INTERROGATORIES Will Include RESPONDANTS/WITNESSES
21) DIANA DRAKE - IDOC CRC Placement Manager 1299 N. Orchard #110 BOISE 83706
22) JODY CARR - IDOC INMATE IN CUSTODY IDOC
23) BRAD LITTLE - GOVERNOR IDAHO Statehouse mail Capital BLDG.
24) WILLIAM FARR - IDOC SGT. INVESTIGATIONS IMSI PO BOX 51 BOISE, ID 83707
25) SGT. JUAREZ - IDOC EBCRC SGT. 23606 OLD Pen. Rd BOISE, ID. 83703

REQUEST FOR INTERROGATORIES                                    PAGE 7.

United States District Court
For the District of Idaho

| | |
|---|---|
| Charee Nelson and class, Plaintiff | Case No. 1:24-CV00333 BLW |
| v. | Request for Documents/ Subpoena |
| Josh Tewalt, ET. AL, Respondant | |

Charee Nelson, A Plaintiff, motions the court to subpoena her Medical Records from St. Alphonsus Emergency Room Boise, Ob-Gyn referral. 2011

Andrea May Weiskircher, A Plaintiff, motions the court to subpoena META, FB, and Google for FB user account Andreamay Weiskircher which was created during her incarceration on a phone she obtained while incarcerated at an IDOC facility 2014. AND a subpoena for google user account ANDREAWEISKIRCHER@Gmail.com with the list of all Device IDs and Dates that logged into that account.

Steven Condie, A Deceased Plaintiff, in this case request a Subpoena of the Autopsy and Incident Report from his Death, and the Body Cam footage, and motel 6 footage. October 13, 2017, October 12, 2017.

8/3/2024       Charee Nelson, Andrea Weiskircher
               *Charee Nelson*  *A*