U.S. COURTS

AUG 08 2024

Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

CHAREE NELSON AND CLASS,
PLAINTIFF

V.

JOSH TEWALT, ET. AL,
RESPONDANT

CASE NO. 1:24-CV-00333 BLW

REQUEST FOR DOCUMENTS

1-24

IN ACCORDANCE WITH USCS FEDERAL RULES CIV. PROC. R34, THE PLAINTIFF(S) REQUEST THE FOLLOWING DOCUMENTS, OR COPIES OF THE FOLLOWING DOCUMENTS BE PROVIDED IN WRITING TO THE COURT WITHIN 30 DAYS.

1) IDOC RECORDS Sentencing Coordinator PROVIDE Time Calculation SHEETS WITH Forfeiture DATES for ANDREA WEISKircher IDOC# 66157, CHAREE NELSON IDOC# 78332, & KARYN SIMPSON IDOC# 107738

2) IDAHO Commission of PARDONS And PAROLE PROVIDE HEARING Minutes for All HEARINGS, PV HEARINGS, SIPR'S, And on-Site HEARINGS for ANDREA WEISKircHER AND CHArEE NElSon

3) DIRECTOR OF HEALTH AND WELFARE PROVIDE COPIES OF THE LAST 2 GRANT Cycle PREA COMPLIANCE REPORTS, IDOC GrANT REQUESTS for FEDERAL GRANTS, AND S.O.P. on Requesting FEDERAl GrANT MONey for PREA COmpliance REPORTs From the IDOC Facilities.

4) IDOC IA Document REQUEST OF All Contacts From 2011-2024 on ANDrea WEISKIRCHErs Jpay CONTACT List, Including Blocked or REMOVED Accounts And All MESSAGES From THE Contacts MiKE BorBon, JEREmy FiSHEr, And ANDrea McELrea

5) IDOC PROBATION And Parole Email Communications Between ANDrea Weiskircher And All HER PArole OFFICErs, KARYN Simpson And All of HER PAROLE OFFICErs, CHAreE NELSON & All HER PArole OFFICERS

REQUEST FOR Documents                                    P.1

6) BRYAN MCCLURE, BRYANMcclure@Hotmail.Com, All E-mails TO FBI, SIU, IA, & IDOC STAFF. Copy of COURT/HEARING TRANSCRIPts From 2022. All I.R.'s IN His Possession. LETTERS From IDOC STAFF.

7) AMBER WEISKIRCHER, (208)204-6741, All Documents, LETTERS, AFFIDAVItS, MOTIons, E-mails In Possession, KEpt for SAFEty, Concerning THis LAWSuit.

8) ANTHony GEDDES, ADA County Public Defenders office, PROVIDE Copies of All lETTERS/Correspondance From Amelia Scott, Aleea Sluder, JESSica Long, & CHaree NElson written By Anthony GEDDES AND or TErry Jones. All lETTers written By STacy Snedden, Amelia Scott, CHEISEY Engels, A. Sluder, JESSica Long, CHaree NElson And Any RESPonse From The Public Defenders office.

9) BRIAN Underwood, IDOC Probation and Parole DirectoR, All OFFicial Complaints FilED on All Employees of P&P 2011-2024 All Complaints/REports FilED on PO AlSAIf AnBABy. A List of All PRobationer & PARolEES assigned To AlSaif An BABy

10) IDOC Human RESource Director, A List of All IDOC STAFF Fired For MISConduct from 2014-2024, Including MEDICAl STAFF & IDOC Contractors, And A List of All STAFF who RECieved Disciplinary LETTERS For Conduct 2014-2024

11) PREA Compliance Auditor For IDAHO, Compliance REPORTS For IDOC FACIlITIES 2011-2024.

12) ZACH Godsil, Dist 3 P&P IDOC, Copy of WEISKirCHER's 2021 PARole Violation REPort And All MESSAGES FROM HER Phone PROVIDED BY NAMPA PD/DEA.

REQUEST FOR Documents                                        P.2

13) ADA County SHERRiff Public iNFORMATiON & REQUEST OFFICE, ALL GRIEVANCES AND VIAPATH JAiL REQUESTS For 2021 For Andreamay MCEIREA, CHAree NEISON, KAryn Simpson-DAIIoIIo, Donya Tanner. ACSO DR# 20245779, JIR5 PREA REPORT NUMBERS #202401349, #202401324, #202401359, #202401417, #202401425, #202401441, DR# 19-3997

14) ADA County jail Investigator JEFF HANSON, copies of All OutGoing mail Scanned and SaveD Regarding Andreamay MCEIREA, CHAree NEISon, KAryn Simpson, AND All OutGoing mail Copied that were addressed TO FBI special agent ONEII, IDOC, THE DOj, Parole Commission, & AMBER WEISKIrcHER. All Messages on ViaPatH BETWEEN ANDreamay MCEIREA AND CONTACT BRYAB M. AND MESSages From KAYCIE DaIIolio AND KAryn DaIIolio on VIaPatH.

15) COURT TRANSCripts/Minutes From 1:17-CV- 00167 DCN, 1:22cv-00 332 JCC, 1:20-CV-00361 DCN, 1:18-CV-00247 DCN, 1:22 CV-00396 DCN AND Carr V. BARTIETT RICO US Dist.lexis 57238, CV01-19-5023, 1:24 CV-00249 BLW

16) IDOC Grievance Coordinator, All Grievances FIIED BY Andrea WEISKIrcher #66157 2013-2023, CHAree NEISon #78332, & KAryn Simpson #107738

17) IDOC SIU, INVESTIGATION ArcHIVE DOcuments For All Investigations with Andrea WEISKIrcher, 2021 Drug overDOSE LETTEr, MIKE Borbon, Bryan McClure, PHysical Assaults, And Information REPORTs, PREA REPORTS. ArcHIVED DOcuments For CHAree NEISon IN INVESTIGATION ArcHIVES.

REQUEST FOR DOcuments                                                    P.3

(17 cont) All SIU Emails BETWEEN IDOC SIU & Bryan McClure. All Emails BETWEEN Bryan McClure, SGT. JUArez & Gretchen Woodland. All Emails From GRETCHEN Woodland & Deputy war den CATVER & SHumaker SICI. All letters sent Via Postal mail to SIU From Andreamay Weiskircher-McElrea From THE ACj. THE Investigation REPort & Conclusions from The 2024 PREA Allegations of Weiskircher, Tanner, NElson, Bonning, Simpson-Oallolio. A copy of THE PREA PACKET FIled for Each REPORT LISTED.

18) # IDOC IA, ATIAS C-NOTE Entrees & C-NOTE FIIES For Andreamay Weiskircher & CHarEE NEISON 2017-2024

19) IDOC SIU, Incident REPorts & VIDEO Archive From THE Investigation AND DEATH OF MIIO WARNOCK

20) IDOC MEDICAI Director, ANDreamay WEISKIRCHER IDOC #66157 ENTIRE MEDICAI FIIE AND (OR) All RECORDS & MEDICAI HSR From RADIAI NECK Fracture, X-rays, & OFFSITE Specialist REFErral.

21) ST. AIS BOISE, MEDICAI RECORDS, 2011 CHATEE NEISON & OB-GYN REFErral

22) IDOC WORK Projects Coordinator, LIST of All PAST AND Current Work Project CONTRACTS 2001-2024 AT All IDOC FAGIIITIES.

23) IDOC RECORDS, All Documents REGarding STEVEN CONDIE, HIS DISCHArGE CERTIFICATE, AUTOPSY REPORT, & IDOC FUGITIVE WARRANT.

24) IDAHO Director of Finance, All Documents AND REPORTS For Grant money DISPErSED TO IDOC, ISP, BPD, PRobation & PArole, AND IDAHO PREA Compliance REPORTS USED TO OBTAIN it.

REQUEST FOR Documents                                    P.4