# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHAREE NELSON, <br><br> Plaintiff, <br><br> v. <br><br> JOSH TEWALT, et al., <br><br> Defendants. | Case No. 1:24-cv-00333-BLW <br><br> **JUDGMENT** |

In accordance with the Order of Dismissal filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this entire action is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: December 3, 2024

_____
B. Lynn Winmill
U.S. District Court Judge